JS-6

1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

11  DARYL SMITH, individually and on
12  behalf of all others similarly situated,
13                    Plaintiff,
14          v.
15  NAVAJO EXPRESS, INC., a Colorado
16  corporation; and DOES 1-100,
17                    Defendants.
18

Case № 5:16-cv-02359-ODW (DTB)

**ORDER GRANTING MOTION TO
REMAND AS UNOPPOSED [11]**

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

On December 12, 2016, Plaintiff filed a motion seeking to remand this class action to the Superior Court of California, County of San Bernardino based on Defendant's failure to prove that the amount in controversy exceeds five million dollars.  (ECF No. 11.)  After being granted a continuance, Defendant filed a notice of non-opposition to the motion on January 9, 2017.  (ECF Nos. 13–14.)  Accordingly, the Court **GRANTS** the motion and remands the case to the Superior Court for further proceedings.

**IT IS SO ORDERED.**

January 10, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**